1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRUE NORTH DETOX, LLC, a California limited liability company doing business as FIRST STEPS RECOVERY.<br><br>          Plaintiff,<br><br>  v.<br><br>COUNTY OF FRESNO, a political subdivision of the State of California.<br><br>          Defendant. | Case No. 1:25-cv-01281-JLT-EPG<br><br>JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE FOLLOWING AMENDMENT OF COMPLAINT AND THE PARTIES' MEET AND CONFER EFFORTS; ORDER<br><br>(ECF No. 18) |

Plaintiff TRUE NORTH DETOX, LLC, a California limited liability company doing business as FIRST STEPS RECOVERY ("FSR"), and Defendant COUNTY OF FRESNO (the "County"; collectively with FSR, the "Parties") submit this Joint Stipulation and Request for Continuance of Mandatory Scheduling Conference following the filing of the First Amended Complaint and the Parties' meet and confer efforts.

**RECITALS**

**WHEREAS**, FSR initiated the above-captioned action on September 26, 2025, by filing its original Complaint and Application for Temporary Restraining Order (ECF 1).

**WHEREAS**, the Parties met and conferred over the following months regarding the status of their dispute and the need for immediate injunctive relief, filing several joint status reports for the Court's information (ECF 9, 12, and 14).

**WHEREAS**, FSR withdrew its Application for Temporary Restraining Order on November 19, 2025 (ECF 16).

**WHEREAS**, on September 29, 2025, the Court issued an Order Setting Mandatory Scheduling Conference (the "Order"; ECF 3) under Rule 16(b)(2) of the Federal Rules of Civil Procedure, setting the Parties' mandatory scheduling conference on January 6, 2026, at 10:30 a.m. before U.S. Magistrate Judge Erica P. Grosjean.

**WHEREAS**, on October 15, 2025, the mandatory scheduling conference was moved to January 7, 2026, at 11:00 a.m. before U.S. Magistrate Judge Erica P. Grosjean via minute order (ECF 11).

**WHEREAS**, pursuant to the Order, the Parties met on December 17, 2025, to discuss the status of their dispute, the planned amendment to the original Complaint, and the scheduling of the Parties' responsive pleadings, discovery efforts, and dispositive motions.

**WHEREAS**, during the same conference, the Parties also discussed the parallel action between them in the Fresno County Superior Court, Case No. 25CECG04575, and the status of FSR's and its contractors' active and ongoing efforts to satisfy the County's stated concerns related to the Subject Property.

///

1     **WHEREAS**, on December 18, 2025, FSR filed its First Amended Complaint against the County in the above-captioned action (ECF 17).  The First Amended Complaint includes new factual allegations, legal contentions, and claims for damages in connection with the County's enforcement actions concerning the Subject Property.

    **WHEREAS**, FSR served the First Amended Complaint on the County on December 19, 2025, beginning a new twenty-one-day period for the County to evaluate FSR's claims and file a responsive pleading thereto (whether by answer, motion to dismiss, or otherwise).  This period includes several scheduled holidays during which the County's resources will be limited or unavailable.  Further, this period overlaps the mandatory scheduling conference set for January 7, 2026, and the earlier Joint Scheduling Report due to be filed on December 31, 2025, pursuant to the Order.

    **WHEREAS**, in light of the holidays, new claims contained in FSR's First Amended Complaint, and the need for the County's thorough evaluation and response to the same, the Parties agreed to submit a joint stipulation and request that the Court allow the County until Friday, January 30, 2026, to submit a responsive pleading to FSR's First Amended Complaint.  For the same reasons, the Parties agreed to submit a joint stipulation and request that the Court continue the January 7, 2026, mandatory scheduling conference for approximately ninety days, or as soon thereafter as the Court's calendar permits, to allow the Parties to hold additional informal conferences related to the scheduling of the Parties' dispositive motions, if any, and planned discovery efforts in light of the revised claims contained in the First Amended Complaint.

## **JOINT STIPULATION**

    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their attorneys of record, as follows:

    The County's deadline to file a responsive pleading to the First Amended Complaint shall be extended to Friday, January 30, 2026.

///

///

///

///

The Mandatory Scheduling Conference previously set for January 7, 2026, at 11:00 a.m. in this Court is hereby continued for approximately ninety days, or as soon thereafter as noticed by the Court. All applicable deadlines related to the timing of the Parties' Joint Scheduling Report and Rule 26(f) report shall be reset and calculated from the continued Mandatory Scheduling Conference date.

Dated: December 22, 2025          WANGER JONES HELSLEY PC

                                  By: ___/s/ John P. Kinsey_____
                                      John P. Kinsey, Attorneys for Plaintiff True
                                      North Detox, LLC, dba First Steps Recovery

Dated: December 22, 2025          DOUGLAS T. SLOAN, COUNTY COUNSEL

                                  By: ___/s/ Kyle R. Roberson_____
                                      Kyle R. Roberson, Senior Deputy County
                                      Counsel, Attorneys for Defendant County of
                                      Fresno

**ORDER**

Based on the parties' stipulation (ECF No. 18), **IT IS SO ORDERED** as follows:

1. Defendant County of Fresno's deadline to file a responsive pleading to the First Amended Complaint is Friday, January 30, 2026.
2. The Mandatory Scheduling Conference previously set for January 7, 2026, at 11:00 a.m. in this Court is continued to April 9, 2026, at 10:30 a.m.
3. The Court grants telephonic participation with each party directed to use the following dial-in number, meeting ID and passcode: (1) dial 1-669-254-5252, (2) enter 161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the participant ID, (4) enter 740484 for the meeting passcode followed by #, and (5) enter *6 to unmute.
4. The parties are reminded to file a joint scheduling report at least 7 days before the scheduling conference. (ECF No. 3, p. 2)

IT IS SO ORDERED.

Dated:   **December 22, 2025**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE